UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANET HOYT,

       Plaintiff,

v.                                          Case No: 2:17-cv-600-FtM-38MRM

HARBOR RESORT HOTEL, LLC,

       Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff Janet Hoyt and Defendant Harbor Resort Hotel, LLC's Joint Motion for Approval and Entry of Consent Decree (Doc. 12) filed on January 29, 2018. The parties have resolved this matter via a Consent Decree. (Doc. 12-1). In doing so, the parties stipulate that Defendant must complete modifications to its premises and request that this Court retain jurisdiction. (Docs. 12-1). After review, the Court will approve the Consent Decree (Doc. 12-1), retain jurisdiction for a period of time, and dismiss the case with prejudice.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Plaintiff Janet Hoyt and Defendant Harbor Resort Hotel, LLC's Joint Motion for Approval and Entry of Consent Decree (Doc. 12) is **GRANTED.**

(2) The Consent Decree (Doc. 12-1) is **APPROVED**, and the Court will retain jurisdiction over its enforcement **until August 1, 2018**.

(3) The Clerk of Court is **DIRECTED** to enter judgment dismissing this case with prejudice and subject to the terms of the Consent Decree (Doc. 12-1), which shall be attached to the judgment.

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of January, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record